Kamaria Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 465-1633
F: (818) 995-4838
E-mail: Kamariad@leiboviclawgroup.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARITSA YVETTE FLORES ENCINAS, )
                                )    CASE No.: 2:22-CV-01282-E
        Plaintiff               )
                                )    **[PROPOSED] ORDER FOR**
    vs.                         )    **THE AWARD OF ATTORNEY**
                                )    **FEES PURSUANT TO THE**
KILOLO KIJAKAZI,                )    **EQUAL ACCESS TO JUSTICE**
                                )    **ACT 28 U.S.C. § 2412 (d)**
Acting Commissioner of Social Security )
                                )
        Defendant(s).           )
                                )
_____ )

    The Court having approved the stipulation of the parties, IT IS ORDERED

that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28

U.S.C. § 2412(d), in the amount of ONE THOUSAND-SIX HUNDRED-

TWENTY-FOUR DOLLARS AND SIXTY-EIGHT CENTS ($1,624.68).


DATE:   9/30/22

                                    /S/ CHARLES F. EICK
                        _____
                        THE HONORABLE CHARLES F. EICK
                        UNITED STATES MAGISTRATE JUDGE

- 1